844

No. 219.   Burns et al. v. California.   District Court of Appeal, 1st Appellate District, of California.   Certiorari denied.   *Simeon E. Sheffey* for petitioners. ■

No. 221.   Washington Pension Union v. State of Washington ex rel. Robinson.   Supreme Court of Washington.   Certiorari denied.   *Abraham J. Isserman* for petitioner.   *Ford Q. Elvidge* for respondent. ■

No. 229.   Hounsell, Administrator, v. Wisconsin Department of Taxation et al.   Supreme Court of Wisconsin.   Certiorari denied.   *A. D. Sutherland* for petitioner.   *Harold H. Persons,* Assistant Attorney General, for the Department of Taxation of Wisconsin, respondent.

No. 233.   Brodel v. Warner Bros. Pictures, Inc.   Supreme Court of California.   Certiorari denied.   *Max Radin* and *Wendell Lund* for petitioner.   *Robert W. Perkins* and *Eugene D. Williams* for respondent.

No. 235.   Globe Solvents Co. v. The California.   C. A. 3d Cir.   Certiorari denied.   *Peter P. Zion* for petitioner.   *Thomas E. Byrne, Jr.* for respondent.

No. 236.   Bayuk Cigars, Inc. v. Pennsylvania.   Supreme Court of Pennsylvania.   Certiorari denied.   *Jerome J. Rothschild* for petitioner.   *Harry F. Stambaugh* for respondent.

No. 240.   Central Surety & Insurance Corp. v. Royal Transit, Inc.   C. A. 7th Cir.   Certiorari denied.